**THE MARGARIAN LAW FIRM**
Hovanes Margarian (SBN 246359)
hovanesm@margarianlaw.com
Armen Margarian (SBN 313775)
armenm@margarianlaw.com
eservice@margarianlaw.com
462 West Colorado Street
Glendale, CA 91204
Tel: (818) 553-1000
Fax: (818) 553-1005
Attorneys for Plaintiff,
**JACQUES KURDIAN**

**THETA LAW FIRM, LLP**
Mehgan Gallagher (SBN 338699)
mg@thetafirm.com
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
eservice@thetafirm.com
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Fax: (424) 286-2244
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC and FIRST MOTOR GROUP OF ENCINO, LLC**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES KURDIAN, Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; FIRST MOTOR GROUP OF ENCINO LLC, a Delaware Limited Liability Company, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No: 2:24−cv−00785−SVW−RAO<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jacques Kurdian ("Plaintiff") and Defendants Mercedes-Benz USA, LLC ("MBUSA") and First Motor Group of Encino LLC (collectively "Defendants") (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, including payment of attorneys' fees and costs, to be determined by agreement or motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: February 28, 2024        THE MARGARIAN LAW FIRM

By __/s/ Hovanes Margarian__
Hovanes Margarian, Esq.
Armen Margarian, Esq.
Attorneys for Plaintiff
JAQUES KURDIAN

Dated: February 28, 2024        THETA LAW FIRM, LLP

By: __/s/ Mehgan Gallagher__
Soheyl Tahsildoost
Mehgan Gallagher, Esq.
Attorneys for Defendant
MERCEDES-BENZ USA, LLC
and FIRST MOTOR GROUP OF ENCINO, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Hovanes Margarian, Esq., counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP

By: _/s/ Mehgan Gallagher_

MEHGAN GALLAGHER
Attorney for Defendant MERCEDES-BENZ USA, LLC and FIRST MOTOR GROUP OF ENCINO, LLC

3

JOINT NOTICE OF SETTLEMENT