1    JS-6

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JACQUES KURDIAN, an individual,          Case No.: 2:24-cv-00785-SVW-RAO

12        Plaintiff,                          ~~[PROPOSED]~~ **ORDER**
                                              **GRANTING STIPULATION OF**
13   vs.                                      **DISMISSAL WITH PREJUDICE**

14   MERCEDES-BENZ USA, LLC, a Delaware       Complaint Filed: December 22, 2023
     Limited    Liability    Company;   FIRST  Removal Filed: January 29, 2024
15   MOTOR GROUP OF ENCINO LLC, a
     Delaware Limited Liability Company; and
16   DOES 1 through 30, inclusive,

17        Defendants.

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

[~~PROPOSED~~] ORDER

Upon the review of the signed stipulation submitted to this Court by Plaintiff Jacques Kurdian, and Defendants Mercedes-Benz USA, LLC, and First Motor Group of Encino LLC,

**IT IS HEREBY ORDERED** that

The action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: June 30, 2025

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE